IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Case Number:  5:21-cr-0009 |
| | * | |
| ESTHER GARCIA, | * | |
| Defendant. | * | |

**MOTION TO EXTEND TIME FOR DEFENDANT TO
FILE RESPONSE TO GOVERNMENT'S MOTION TO MAINTAIN CUSTODY OF
SEIZED PROPERTY**

Comes now the Defendant, ESTHER GARCIA, and hereby moves this Honorable Court to extend the time for Defendant to file her Response to Government's Motion to Maintain Custody of Seized Property and shows the following:

1. The Defendant's Response to the Government's Motion to Maintain Custody of Seized Property is due on December 17, 2021.

2. The Defendant resides in Dade City, Florida, and has not appeared in the Southern District of Georgia for her Arraignment.  Undersigned Counsel shows the Court that the Defendant's Arraignment is scheduled for January 6, 2022.

3. Pursuant to Criminal Docket for Case # 8:21-mj-02130-EAJ in the Middle District of Florida, the Defendant required an interpreter for her Initial Appearance in this matter, and Undersigned Counsel has been unable to communicate with the Defendant regarding her position on the aforementioned Motion.

WHEREFORE, the Defendant respectfully requests that she be granted 30 days or until after her Arraignment on January 6, 2022 to file her Response to Government's Motion to Maintain Seized Property.

Respectfully submitted this 17th day of December, 2021.

/s/ Whitney Lauren Johnson
**Whitney Lauren Johnson**
Attorney for Defendant
Ga. Bar No. 925933

## CERTIFICATE OF SERVICE

This is to certify that I have this day delivered by email in accordance with the directives from the Court Notice of Electronic Filing the **MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO GOVERNMENT'S MOTION TO MAINTAIN CUSTODY OF SEIZED PROPERTY** in the above-captioned case to all named necessary parties of interest:

This 17th day of December, 2021.

Respectfully Submitted,

/s/ Whitney Lauren Johnson
**Whitney Lauren Johnson**
Attorney for Defendant
Ga. Bar No. 925933

**Whitney Lauren Johnson, P.C.**
**777 Gloucester Street, Suite 412**
**Brunswick, Georgia 31520**
**912-264-2595 (Telephone)**
**whitney@wljlawyer.com**