# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **5:21-cr-9-18**

United States of America

vs.

**Esther Ibarra Garcia**
**10:48-11:30**

Defendant/Age

**Tania Groover**
U. S. Attorney

**Whitney Johnson**
Attorney for Defendant

☑ Plea agreement **(Received).**    ☑ Defendant Sworn    ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____ .

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count One (1)** of the indictment.

☑ Factual basis **Established.**  **Oral.**  **Plea Accepted** Witness for factual basis **S/A Borup, HSI** .

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **later date** at **TBD** .

☑ Bond Continued **Yes.**    Bond modified to _____ .

Bond set at _____ _____

☐ Bond not made defendant in jail.

☐ Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**    Date **1/29/2024**

Court Reporter **Debra Gilbert**    Probation Officer **Kristina Renfroe**

Courtroom Deputy Clerk **Kim Mixon**    U.S. Marshal **Jason Parnell**